# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Christopher Ereth, | ) | Case No. 1:19-cr-136 |
| | ) | |
| Defendant. | ) | |

On January 24, 2020, the court released defendant subject to a number of conditions. (Doc. No. 7). On May 27, 2020, the court amended defendant's release conditions (Doc. No. 100).

On July 22, 2020, defendant filed a motion to further amend his release conditions. One of defendant's release conditions is the prohibition of any contact with co-defendants. (Id.). Defendant seeks to amend to this condition to permit him to have limited contact with Hope Ashley Althoff, a co-defendant and mother to his children, to discuss the couple's children.

The court **GRANTS** defendant's motion (Doc. No. 107) and **AMENDS** defendant's release conditions as follows. Defendant may have contact Hope Ashley Althoff to discuss the couple's children and to arrange visitation. However, defendant shall not knowingly or intentionally have any direct or indirect contact with any other co-defendants, except that counsel for defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court